ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 27 JUL 2010

July 26, 2010

John D. D'Ercole
(212) 603-6368
jdd@robinsonbrog.com

**BY FACSIMILE – (212) 805-6736**

Honorable George B. Daniels
United States District Judge
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

SO ORDERED
The conference is adjourned to September 22, 2010 at 9:30 a.m.

HON. George B. Daniels

27 JUL 2010

Re: Historic Films Archive, LLC and Sofa Entertainment, Inc. v. Don Kirshner
10 Civ. 4074 (GBD)

Dear Judge Daniels:

I represent the plaintiffs Historic Films Archive, LLC and Sofa Entertainment, Inc. An initial pretrial conference has been scheduled for August 19, 2010. I write to request an adjournment of the conference until the second week of September. Although the complaint has not been served and there has been no appearance by the defendant in the action, the parties are involved in settlement discussions, which we hope will resolve the matter.

Respectfully submitted,

John D. D'Ercole

JDD:ns

cc: David M. Levy, Esq.

{00492121.DOC;1 }