ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

October 13, 2010

David M. Levy
(212) 603-6391
dml@robinsonbrog.com

**BY FACSIMILE** – (212) 805-6737

Honorable George B. Daniels
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

**SO ORDERED**
The conference is adjourned to December 16, 2010 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re:   Historic Films Archive, LLC, et al. v. Don Kirshner
      10 Civ. 4074 (GBD)

Dear Judge Daniels:

We represent the plaintiffs in this action, Historic Films Archive, LLC and SOFA Entertainment, Inc. We have conferred with defendant's Florida counsel and are hereby jointly requesting that the conference scheduled for tomorrow, October 14, 2010 at 9:30 a.m. be adjourned.

The defendant has only recently been served with summons and complaint, and we are advised that local counsel has not yet been engaged. By stipulation, defendant's responsive pleading is due to be filed and served on or before October 20, 2010. After conferring, we jointly request that the conference be adjourned to either October 26, or (in order to accommodate defense counsel's trial schedule) December 16, 21, 22 or 23.

We look forward to receiving the Court's earliest advice.

Respectfully submitted,

*/s/ David M. Levy*
David M. Levy

cc:   Searcy, Denney, Scarola, Barnhart & Shipley, P.A. (via email)

{00502104.DOC;1 }