UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISTORIC FILMS ARCHIVE, LLC and SOFA ENTERTAINMENT, INC.,

                            Plaintiffs,

- against -

DON KIRSHNER,

                            Defendant.

DOCKET NO.:
10 Civ. 4074 (GBD)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 19 NOV 2010*

---

Upon the motion of Ira Allan Ginsburg, Esq., attorney for Don Kirshner and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that,

    John Scarola, Esq. *of*
    Searcy Denney Scarola Barnhart & Shipley, P.A.,
    2139 Palm Beach Lake Boulevard
    West Palm Beach, FL 33409
    561-686-6300; 561-383-9451(FX)

Is admitted to practice pro hac vice as counsel for Don Kirshner in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the eEle3ctonic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourt.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

dated:    19 NOV 2010

                                            GEORGE B. DANIELS
                                            United States District Judge
                                  HON. GEORGE B. DANIELS