# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | NEW YORK | 10-CIV-4074(GBD) | |

**Plaintiff:** HISTORIC FILMS ARCHIVE LLC AND SOFA ENTERTAINMENT
-v-
**Defendant:** DON KIRSHNER

IRA ALLAN GINSBURG, ESQUIRE
ATTORNEY FOR PLAINTIFF
PO BOX 765
MORRIS PLAINS, NJ 07950

**Process**
SUMMONS IN A CIVIL ACTION, DEFENDANTS ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM AND THIRD PARTY COMPLAINT

**Served Upon**
CEA ENTERTAINMENT INC
101 E KENNEDY BLVD. STE 3300   BRAD A GORDON   TAMPA, FL. 33602

Received this process on December 3, 2010 at 4:40PM and Served the same on
CEA ENTERTAINMENT INC
at 3:26PM on December 3, 2010, in TAMPA, HILLSBOROUGH County, FL

## CORPORATE R/A

F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT AND REGISTERED OFFICE

By Serving: BRAD A. GORDON
As: DIRECTOR
For: CEA ENTERTAINMENT INC

**Comments:**

BRAD A. GORDON IS DESCRIBED AS: WHITE, MALE, APPROX. 50 YRS OLD, APPROX. 6', APPROX. 180 LBS., BLOND HAIR, NO GLASSES.

Circuit Certified Or Appointed Process Server:
SEAN B. SEGEL
CPS89-686806 - HILLSBOROUGH County

12/7/2010

Tracker SQL v9.09
Affidavit

I Acknowledge that I am authorized to serve process, In good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

Our #:  194800
Client's #:  18439

ROCK LEGAL SERVICES & INVESTIGATIONS
ROCK LEGAL SERVICES
2048 PONCE DE LEON AVENUE
WEST PALM BEACH, FL. 33407

PDF created with pdfFactory trial version www.pdffactory.com