Jack Scarola, Esq.
Searcy Denney Scarola Barnhart & Shipley P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
(561) 686-6300
Attorneys for Defendant and Counterclaim/Third-Party Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISTORIC FILMS ARCHIVE, LLC and SOFA ENTERTAINMENT, INC.,<br><br>                        Plaintiffs,<br><br>- against -<br><br>DON KIRSHNER,<br><br>                        Defendant.<br><br>DON KIRSHNER,<br><br>        Counterclaim/Third-Party Plaintiff,<br><br>- against -<br><br>ARIQ FOOTAGE, INC., CEA ENTERTAINMENT, INC. and STEVE Z AUCTIONS, INC. f/ka STEVE Z, INC.,<br><br>                    Third-Party Defendants. | DOCKET NO.:<br>10 Civ. 4074 (GBD)<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT**<br>**PREJUDICE** |

**PLEASE TAKE NOTICE**, that pursuant to Rule 41 (a)(1)(A), the Defendant and Counterclaim/Third-Party Plaintiff Donald Kirshner, a Florida resident, hereby voluntarily dismisses this action as against the Third-Party Defendant ARIQ Footage, Inc. without prejudice.

Dated: New York, New York
        December 7, 2010

{00509575.DOC;1 }

LAW OFFICES OF IRA ALLAN GINSBURG, ESQ.

Ira Allan Ginsburg, Esq.
520 Speedwell Avenue, Suite 111
P.O. Box 765
Morris Plains, NJ 07950-0765
Tel. # (973) 270-0825

SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY P.A.

By: _____
Jack Scarola (JS-16944)
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Tel. # (561) 686-6300

Attorneys for Defendant and Counterclaim/Third-Party
Plaintiff Don Kirshner

2 0 DEC 2010

SO ORDERED:

_____
George B. Daniel
United States District Judge