UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 29 DEC 2010

---

HISTORIC FILMS ARCHIVE, LLC and SOFA ENTERTAINMENT, INC.,

   Plaintiffs,

-against-

DON KIRSHNER,

   Defendant

---

DON KIRSHNER,

   Third-Party Plaintiff,

-against-

ARIQ FOOTAGE, INC., CEA ENTERTAINMENT, INC., and STEVE Z AUCTIONS, INC. f/k/a STEVE Z, INC.

   Third-Party Defendants.

---

Civ. No. 10 cv 4074 (GBD)

**STIPULATION
EXTENDING TIME**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Defendant Third-Party Plaintiff Don Kirshner and counsel for Third-Party Defendant CEA Entertainment, Inc. ("CEA Entertainment") that the time for CEA Entertainment to answer or move with respect to the third-party complaint in this action is extended to and including January 7, 2011. No prior request for an extension has been requested of or granted by the Court. This Stipulation may be signed in counterpart and by facsimile signatures.

Dated: December 23, 2010

IRA A. GINSBURG

_____
Ira A. Ginsburg (IAG 9391)
Attorneys for Defendant
  Third-Party Plaintiff Don Kirshner
19 Max Drive, (#1-B)
Morristown, NJ 07960
Tel:  (973) 270-0825
Fax: (973) 270-0825

MARGOLIS & TISMAN LLP

By:_____
Valerie D. Ringel (VR 4739)
Attorneys for Defendant
  CEA Entertainment, Inc.
280 Madison Avenue, Suite 500
New York, NY 10016
Tel:  (212) 213-5800
Fax: (212) 686-1544

SO ORDERED: 29 DEC 2010

George B. Daniels
U.S.D.J.

2