UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HISTORIC FILMS ARCHIVE, LLC and SOFA
ENTERTAINMENT, INC.,

        Plaintiffs,

-against-

DON KIRSHNER,

        Defendant.

---

DON KIRSHNER,

        Third-Party Plaintiff,

-against-

ARIQ FOOTAGE, INC., CEA ENTERTAINMENT,
INC., and STEVE Z AUCTIONS, INC. f/k/a STEVE Z,
INC.,

        Third-Party Defendants.

---

Civ. No. 10 cv 4074 (GBD)

**STIPULATION**
**EXTENDING TIME**

*[Stamp: USDC SDNY ELECTRONICALLY FILED DATE FILED: 10 JAN 2011]*

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Defendant Third-Party Plaintiff Don Kirshner and counsel for Third-Party Defendant CEA Entertainment, Inc. ("CEA Entertainment") that the time for CEA Entertainment to answer or move with respect to the third-party complaint in this action is extended to and including January 28, 2011. One prior extension (from December 27, 2010 to January 7, 2011) was granted by the Court. This Stipulation may be signed in counterpart and by facsimile signatures.



Dated: January 5, 2011

SEARCY, DENNEY, SCAROLA,
BARNHART & SHIPLEY

By: _____
John Scarola (JS      )
Attorneys for Defendant
 Third-Party Plaintiff Don Kirshner
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33402
Tel: (561) 686-6300
Fax: (561) 383-9451

MARGOLIS & TISMAN LLP

By: _____
Valerie D. Ringel (VR 4739)
Attorneys for Third-Party Defendant
 CEA Entertainment, Inc.
280 Madison Avenue, Suite 500
New York, NY 10016
Tel: (212) 213-5800
Fax: (212) 686-1544

SO ORDERED:   **10 JAN 2011**

_____
U.S.D.J.
HON. GEORGE B. DANIELS