UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISTORIC FILMS ARCHIVE, LLC and SOFA ENTERTAINMENT, INC., | DOCKET NO.: <br> 10 Civ. 4074 (GBD) |

                    Plaintiffs,

    --against—

DON KIRSHNER,                         DEFENDANT'S NOTICE OF
                                         FILING FED.R.CIV.P
           Defendant                 26(A) INITIAL DISCLOSURES

DON KIRSHNER,

                    Third-Party Plaintiff,
    --against--

ARIQ FOOTAGE, INC., CEA ENTERTAINMENT,
INC., and STEVE Z AUCTIONS, INC. f/k/a STEVE Z, INC.,

                Third-Party Defendants.

      Defendant, Don Kirshner, hereby gives Notice of Filing the attached letter, served upon

Plaintiff's counsel on January 13, 2011, which constituted his initial disclosures required by

Federal Rule of Civil Procedure 26.  Defendant inadvertently neglected to file the initial

disclosures that he had served, and the matter was further delayed by the unexpected death of

Mr. Don Kirshner.

Dated: West Palm Beach, Florida
February 22, 2011

                                      SEARCY DENNEY SCAROLA
                                        BARNHART & SHIPLEY, P.A.

                                        By: _____
                                            Jack Scarola
                                           (mep@searcylaw.com)
                                           2139 Palm Beach Lakes Blvd.
                                           West Palm Beach FL  33409
                                           (561) 686-6300

TO:

David M. Levy, Esq.
dml@robinsonbrog.com
Robinson Brog Leinwand
Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York NY  10022

Ira Allen Ginsberg, Esq.
520 Speedwell Avenue, Suite 111
Post Office Box 765
Morris Plains NJ  07950-0765

2



# SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.
*Attorneys at Law*

☒ **WEST PALM BEACH OFFICE:**

2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

☐ **TALLAHASSEE OFFICE:**

THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

P.O. BOX 1230
TALLAHASSEE, FLORIDA  32302

(850) 224-7600
1-888-549-7011

**ATTORNEYS AT LAW:**

ROSALYN SIA BAKER-BARNES
*F. GREGORY BARNHART
T. HARDEE BASS, III
LAURIE J. BRIGGS
BRIAN R. DENNEY
*EARL L. DENNEY, JR.[5]
BRENDA S. FULMER
JAMES W. GUSTAFSON, JR.
JACK P. HILL
DAVID K. KELLEY, JR.
WILLIAM B. KING[7]
DARRYL L. LEWIS[1]
*WILLIAM A. NORTON
PATRICK E. QUINLAN[3]
EDWARD V. RICCI
*DAVID J. SALES[4]
*JOHN SCAROLA
†CHRISTIAN D. SEARCY
*JOHN A. SHIPLEY III
CHRISTOPHER K. SPEED[89]
BRIAN P. SULLIVAN[246]
KAREN E. TERRY
*C. CALVIN WARRINER III

**SHAREHOLDERS**
*BOARD CERTIFIED

**ALSO ADMITTED**
[1] KENTUCKY
[2] MAINE
[3] MARYLAND
[4] MASSACHUSETTS
[5] MISSISSIPPI
[6] NEW HAMPSHIRE
[7] NEW JERSEY
[8] VIRGINIA
[9] WASHINGTON DC

**PARALEGALS:**

VIVIAN AYAN-TEJEDA
ALYSSA A. DIEDWARDO
RANDY M. DUFRESNE
DAVID W. GILMORE
JOHN C. HOPKINS
DEBORAH M. KNAPP
VINCENT L. LEONARD, JR.
JAMES PETER LOVE
CHRISTOPHER J. PILATO
ROBERT W. PITCHER
MARK P. PONCY
KATHLEEN SIMON
STEVE M. SMITH
BONNIE S. STARK
WALTER A. STEIN

January 13, 2011

David M. Levy, Esquire
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, NY  10022

Re:   Kirshner adv. Historic Films Archive, LLC and SOFA Entertaining, Inc.
      Our File No.:   290705

Dear David:

Enclosed please find a disk containing the materials comprising our Rule 26 disclosure regarding documents currently in our possession that we believe will support our defenses and counterclaims in the above-referenced action.  In addition, while we may encounter additional information along the way, at this point here is a list of individuals and entities we believe are likely to have discoverable information that will further support our defenses and counterclaims:

1)   Your clients and their corporate entities;
2)   CEA and related affiliates, and employees thereof (Tampa, Florida);
3)   Steve Zisselman and his corporate entities (New York);
4)   Ira Ginsberg, Morris Plains, New Jersey

With reference to damages, the following documents in the disk submission provide evidence of damages and the calculation thereof:

1)   Arthur D. Little, Inc., report for CEA valuating the Kirshner tapes (August 21, 1987) ;
2)   CEA Revenue Projection report;
3)   Lum, Danzis letter of December 21, 1996;
4)   Ladenburg Thalmann letter of valuation, March 17, 1998;
5)   Phil Howort valuation letter to CEA, July 28, 1987;Broadcasting and Cable newswire re Dick Clark Productions sale, April, 2003;
6)   CEA's David Unger memo, February 3, 1987.



January 13, 2011
Page 2

In addition, witnesses from the list of performers detailed on the inventory sheets of
the Don Kirshner Rock Concert programs will offer testimony relating to damages.

Please do not hesitate to contact me should you have any questions relating to this
disclosure.

Best regards,

MARK PHILIP PONCY
Paralegal
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach FL  33409

561-686-6300, ext. 605
mpp@searcylaw.com