ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

February 25, 2011



David M. Levy
(212) 603-6391
dml@robinsonbrog.com

**BY FACSIMILE – (212) 805-6737
AND FIRST CLASS MAIL**

Honorable George B. Daniels
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

**SO ORDERED**
The conference is adjourned to
March 29, 2011 at 9:30 a.m.

2 8 FEB 2011 /s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   Historic Films Archive, LLC, et al. v. Don Kirshner
      10 Civ. 4074 (GBD)

Dear Judge Daniels:

At the Court's direction, we have discussed with counsel for all parties a new date for the status conference currently scheduled for March 10, 2011 at 9:30 a.m. Based on the suggested alternative dates which we received from Chambers, we are requesting that the status conference be adjourned to March 29, 2011, in the morning hours if possible. Please feel free to contact the undersigned should Your Honor have any further concerns regarding this matter.

Respectfully submitted,

David M. Levy

cc:   Searcy, Denney, Scarola, Barnhart & Shipley, P.A. (via email)
      Margolis & Tisman LLP (via email)

{00520027.DOC;1 }