UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

HISTORIC FILMS ARCHIVE, LLC and SOFA ENTERTAINMENT, INC.,

        Plaintiffs,

-against-

DON KIRSHNER,

        Defendant.

---

DON KIRSHNER,

        Third-Party Plaintiff,

-against-

ARIQ FOOTAGE, INC., CEA ENTERTAINMENT, INC., and STEVE Z AUCTIONS, INC. f/k/a STEVE Z, INC.,

        Third-Party Defendants.

---

Civ. No. 10 cv 4074 (GBD)

**STIPULATION EXTENDING TIME**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Defendant Third-Party Plaintiff Don Kirshner and counsel for Third-Party Defendant CEA Entertainment, Inc. ("CEA Entertainment") that the time for CEA Entertainment to answer or move with respect to the third-party complaint in this action is extended to and including March 28, 2011. Three prior extensions (from December 27, 2010 to January 7, 2011, from January 7, 2011 to January 28, 2011 and from January 28, 2011 to February 28, 2011 ) were granted by the Court. This Stipulation may be signed in counterpart and by facsimile signatures.

Dated: February 24, 2011

| | |
|---|---|
| SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY | MARGOLIS & TISMAN LLP |
| By: _____<br>John Scarola (JS    )<br>Attorneys for Defendant<br>  Third-Party Plaintiff Don Kirshner<br>2139 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33402<br>Tel: (561) 686-6300<br>Fax: (561) 383-9451 | By: _____<br>Valerie D. Ringel (VR 4739)<br>Attorneys for Third-Party Defendant<br>  CEA Entertainment, Inc.<br>280 Madison Avenue, Suite 500<br>New York, NY 10016<br>Tel: (212) 213-5800<br>Fax: (212) 686-1544 |

SO ORDERED:   1 MAR

_George B Daniels_
U.S.D.J.  HON. GEORGE B. DANIELS